IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DOUGLAS TAYLOR, #T2577                                                                    PLAINTIFF

VERSUS                                                        CIVIL ACTION NO. 3:04cv956HTW-JCS

CHRISTOPHER EPPS, LAWRENCE KELLY,
JACKIE PARKER, BRIAN LADNER,
GLORIA CHAMBLISS, E.L. SPARKMAN
and KENTRELL LIDDELL                                                                    DEFENDANTS

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 19th day of January, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE